■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOWRITA RICKENBACKER, Appellant. [998 NYS2d 896]—Appeal by the defendant from a judgment of the County Court, Nassau County (Ricigliano, J.), rendered June 21, 2013, convicting her of criminal possession of a forged instrument in the second degree and criminal possession of a forged instrument in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's purported waiver of her right to appeal is invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Lopez*, 6 NY3d 248, 253 [2006]; *People v Pelaez*, 100 AD3d 803, 803 [2012]), and thus does not preclude review of her excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contention is without merit. Rivera, J.P., Hall, Austin, Miller and Maltese, JJ., concur.